**FILED**
**MAY 16 2019**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

Michael Hunter, Civil Rights Center of South Dakota, Plaintiffs,

v.

Officer Baker, Rapid City Police, Defendants

Civ No. 19-5040

COMPLAINTS FOR MONETARY EQUITY

## I

This is a civil action

42 USC Section 1983 invoked
The Court has original jurisdiction 28 USC 1343, 28 USC Sections 2201, 2202 declaratory relief.

## IA

## II

### Plaintiffs

Plaintiff Michael Hunter is a citizen of the United States. Civil Rights Center of South Dakota is a charitable business. S.D

## III

### DEFENDANTS

Defendants are all city police employed in both official and individual bases for Rapid City, South

pg

Dakota, Are not above the laws.

## FACTS

On day May 2019 a City Police Officer Baker in Rapid City South Dakota Stopped and questioned plaintiff Michael Hunter who was soliciting for charity from citizen,

-1-

needed for both personal and business Civil Rights Center of South Dakota designed to help in joining with others in prisons and to challenge laws in violation of the Rights he and others possess under the First and Fourteenth Amendments of the US Constitution to Free speech and association Officer

a 2

Baker, defendant told plaintiff he could not solicit on sidewalks anywhere in Rapid City knowing it denied, impaired, obstructed Constitutional Rights and thereby defendant Baker told plaintiff a new city ordinance prohibited the above and upon response to plaintiff requested

-3-

the number of city ordinance refused to divulge it.

2. City of Rapid City Police all took an oath to support and uphold the US Constitution and told plaintiff he could be jailed, arrested upon unconstitutional ordinance for solicitation on any sidewalk when the US Supreme Court

4

has held soliciting for charitable funds for business on the sidewalk, on the street, door to door all protected by US Constitution and imminent, unconstitutional arrest for protected speech is threatened also criminal 18 USC Sections 241, 242, 371 which makes

Police criminally liable for unconstitutional arrest.

5. Rapid City Council enacted ordinance under guise in attempt to overbroad to deter, sanction, impose a fear of and illegally result in chilling, impeding, obstructing First Amendment Rights to Free Speech to silent poor

6.

and knowingly tear from the Bill of Rights, the First Amendment mostly representing the few, greedy, and upon unpopular activities Constitutionally protected

Plaintiff has and continues to be harassed with numerous threats of illegal enforcement and damages exceeding ten million dollars

61

## EQUITY

Plaintiff has no plain remedy at law, will suffer irreparable harm injury.

## RELIEF

Wherefore Plaintiff requests foregoing relief

1 Grant a Temporary Restraining order pursuant to injunction

2 Grant declaratory judgment

3. Grant ten million dollars compensatory damages

& Grant any such other relief fair, equitable

The 17 day May 2019

Respectfully

Micheal Hunter

I verify contents the 17 day May 2019

Michael Hunter