

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| MICHAEL HUNTER, CIVIL RIGHTS CENTER OF SOUTH DAKOTA, Plaintiffs | Civil No. 19- 5040<br><br>COMPLAINT FOR DAMAGES, AND EQUITABLE REMEDIES |
| v. | |
| OFFICER BAKER, RAPID CITY POLICE DEPARTMENT, CITY OF RAPID CITY, Defendants. | JURY DEMAND |

## I.
## JURISDICTION

This is a civil rights suit as authorized by Title 42 of

the United States Codes Scetion 1983 to redress the deprivation,

under color and pretense of state and federal laws, of rights,

prveleges, and immunities secured and protected to the

defendant Baker warned plaintiff if he saw plaintiff doing the same, he would issue sanction or arrest plaintiff and this threat from a criminal "police" made to chill, obstruct, discourGE, impede, intimidate plaintiff from the exercise of federal rights under the First Amendment Right to free speech and association as plaintiff Civil Rights Center of South Dakota design to join in advancing ideas and beliefs with other citizens and protected by Due Process of Law of the First and Fourteenth Amendments of the United States Constitution also make Baker a criminal violating 18 USC SECTIONS 241, 242.

6. In or about 2017 plaintiff Michael Hunter filed and served a civil suit challenging a Rapid City ordinance that restricted "panhandling" a form of soliciting for charity and the City quit enforcing knowing the challenge had merit and city sought to hide its purpose to not have to be the

4

subject of federal injunction and damages in millions to plaintiff. The defendant Rapid City Police had harassed plaintiff by numerously stops and questioning for no crime by to intimidate to discourge freedom of expression holding a sign on city sidewalks. City of Rapid City crooks include Chief of Police and Mayor of Rapid City all make objections to those like plaintiff asking and begging for charity from citizens got city council to enact new city ordinance the criminals employ criminal police to enforce this ordinance on plaintiff even as Baker saw and had not any evidence of violation yet he contrived to make an unlawful threat to arrest plaintiff when he should be the one arrested. Rapid City now makes freedom of speech a crime on plaintiffs and plaintiff has never and never could do any type of evil which may obstruct traffic the sign, a driver chooses to stop the crime is plaintiff's

a theory/lie they made up that a car stlopping where it must by stop sign is a crime of plaintiff's near a delusion.of criminals who wear badges a/k/a Rapid City Police, and manufacture public safety when at no time has a safety issue occurred when plaintiff by Constitutional right be on the sidewalk, on the streets, door to door, exercise free speech by soliciting for charity from citizens has caused nor near any traffic safety and overbroaden the law to reach speech the Mayor, Chief and police cannot Constitutionally reach. Enacted ordinace 2019-S-47 under guise, to discourage free speech and took an oath to defend and uphold the Federal Constitution and the ordinance falsely claims to deal with behavior knowing freedom of speech herein is not ad cannot be defined behavior and "unlawful behavior" is so

order to illegally evade payment of ten million dollars in compensatory damages under prior ordinance related admission of new ordinace that also as applied violates the First and Fourteenth Amendments of the United States Constitution.

9. 18 USC Sections 241, 242 are rarely enforced as federal authorities hold have friendly relationship insurance that police crimes are never properlly processed thereby concealed. Plaintiff Michael Hunter lives in fear of an unlawful arrest, more police harassment. He possesses a common law right to defend his liberty from unlawful arrest and is preparing to defend as police who violate the law are not acting under authority and are not law enforcement and on equal ground with use of the appropriate methods in defense. The U S Constitution

order to illegally evade payment of ten million dollars in compensatory damages under prior ordinance related admission of new ordinace that also as applied violates the First and Fourteenth Amendments of the United States Constitution.

9. 18 USC Sections 241, 242 are rarely enforced as federal authorities hold have friendly relationship insurance that police crimes are never properlly processed thereby concealed. Plaintiff Michael Hunter lives in fear of an unlawful arrest, more police harassment. He possesses a common law right to defend his liberty from unlawful arrest and is preparing to defend as police who violate the law are not acting under authority and are not law enforcement and on equal ground with use of the appropriate methods in defense. The U S Constitution

is "Supreme Law" in America. Plaintiff is entitled to

use same, equal force necessary to prevent and shall

do so unless judicial intervention comes.

## X.
## EQUITY

Plaintiffs have suffered grave, irreparable

harm of the unconsituional conduct and their malicious

intent enqacting void ordinances, and will continue absent

immedatte mjudicial interventiom.

## XI.
## RELIEF

WHEREFORE Plaintiffs request the folllowing

relief:

a). Issue a Temporary Restraining order and

set the matter of the issuance of a preliminary injunction that

bars enforcement of the challenged ordinance and further

harassment by defendants;

b). Grant compensatory damages exceeding twenty million dollars;

c), Set matter for jury trial;

d). Issue any such other relief that the Court may deem fair, just and equitable.

The 17 day May 2019,

Respectfully submitted,

_____
Michael Hunter

Plaintiff verifies the foregoing true.

The 17 day may 2919,

_____
Michael Hunter