UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL HUNTER and CIVIL RIGHTS CENTER OF SOUTH DAKOTA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>OFFICER BAKER and CITY OF RAPID CITY,<br><br>　　　　　　　Defendants. | CIV. 19-5040-JLV<br><br>JUDGMENT |

Consistent with the court's order (Docket 11), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants and against plaintiffs.

Dated February 12, 2020.

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE